UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSEPH BRIGHTLY On Behalf of Himself and
All Others Similarly Situated,                           Case No.: 24-cv-01673-MKV

                      Plaintiffs,
   -vs-

HAWKSMOOR RESTAURANT GROUP, INC. and
JACK HEMINGBROUGH,

                      Defendants.
----------------------------------------------------------------X

## [PROPOSED] JUDGMENT

WHEREAS, a notice of acceptance of offer of judgment having been filed by Plaintiff Brightly and opt-in Plaintiff Goldfinger on September 13, 2024, accepting Defendants' September 13, 2024 offer to allow entry of judgment against them in favor of the Plaintiffs in the amount of $20,000.00 to fully and finally resolve any and all claims under the Fair Labor Standards Act ("FLSA"), and of the $20,000.00, $10,000.00 shall be payable to Plaintiff Brightly; and of the $20,000.00, $10,000.00 shall be payable to Plaintiff Goldfinger; it is

NOW THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that a judgment be entered against the Defendant HAWKSMOOR RESTAURANT GROUP, INC. as follows:

    (a) JOSEPH BRIGHTLY in the amount of $10,000.00

    (b) RYAN GOLDFINGER in the amount of $10,000.00.

Dated: New York, New York

_____                                              _____

                                                                                                             United States District Judge