```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH BRIGHTLY On Behalf of Himself and
All Others Similarly Situated,                    Case No.: 24-cv-01673-MKV

        Plaintiffs,

  -vs-

HAWKSMOOR RESTAURANT GROUP, INC. and
JACK HEMINGBROUGH,

        Defendants.
-----------------------------------------------------------------X

**[MKV] [PROPOSED] JUDGMENT**

WHEREAS, a notice of acceptance of offer of judgment having been filed by Plaintiff Brightly and opt-in Plaintiff Goldfinger on September 13, 2024, accepting Defendants' September 13, 2024 offer to allow entry of judgment against them in favor of the Plaintiffs in the amount of $20,000.00 to fully and finally resolve any and all claims under the Fair Labor Standards Act ("FLSA"), and of the $20,000.00, $10,000.00 shall be payable to Plaintiff Brightly; and of the $20,000.00, $10,000.00 shall be payable to Plaintiff Goldfinger; it is

NOW THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that a judgment be entered against the Defendant HAWKSMOOR RESTAURANT GROUP, INC. as follows:

(a) JOSEPH BRIGHTLY in the amount of $10,000.00

(b) RYAN GOLDFINGER in the amount of $10,000.00.

Dated: New York, New York

  September 16, 2024

                                                                                   *Mary Kay Vyskocil*
                                                                           United States District Judge